UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MORGAN STANLEY DW INC.
f/k/a DEAN WITTER REYNOLDS, INC.,

    Plaintiff,

v.                              CASE NO: 8:05-cv-1229-T-23MSS

ELIZABETH H. HOWARTH and
JOY H. TAPPER,

    Defendants.
_____/

**ORDER**

The plaintiff files a notice (Doc. 13) of settlement. Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate all pending motions and (2) close the file.

ORDERED in Tampa, Florida, on July 12, 2005.

                                                STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE

cc:    Courtroom Deputy